United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-16167-NB
Nikogos Kosoyan                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: ssumlinC             Page 1 of 1              Date Rcvd: Jun 14, 2018
                              Form ID: pdf042            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db             +Nikogos Kosoyan,    1640 Range Ct,    Diamond Bar, CA 91765-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Kathy A Dockery (TR)    efiling@CH13LA.com
              Merdaud Jafarnia    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
               mjafarnia@ecf.inforuptcy.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3

**FILED & ENTERED**

**JUN 14 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>NIKOGOS KOSOYAN,<br><br>Debtor[s]. | Case No.: 2:18-bk-16167-NB<br><br>Chapter 13<br><br>**ORDER ON DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**<br><br>[No hearing required] |

The debtor has filed a motion for extension of time to file required documents (the "Extension Motion"). The current deadline is June 13, 2018.

This Bankruptcy Court has reviewed the Extension Motion, and finds and concludes as follows. First, any extension requires a showing of sufficient cause. Second, a maximum extension generally is two weeks, because that provides a total of approximately one month to file the case commencement documents, which is generally plenty of time, and cases that are filed but not diligently prosecuted are not a proper use of the bankruptcy system. Third, it is important for parties in interest to have key documents available to them before the meeting of creditors (11 U.S.C. § 341(a)), which is scheduled for July 6, 2018. Taking into

consideration the foregoing and the matters set forth in the Extension Motion, it is hereby
ORDERED:

1. The Extension Motion is granted as follows: the debtor must file all required documents no later than **June 27, 2018** (the required documents are listed in notice(s) from this Bankruptcy Court that have been mailed to the debtor and are available on the docket).

###

Date: June 14, 2018

Neil W. Bason
United States Bankruptcy Judge

2