**FILED & ENTERED**

JUN 28 2018

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NIKOGOS KOSOYAN,<br><br>Debtor[s]. | Case No.: 2:18-bk-16167-NB<br><br>Chapter 13<br><br>**ORDER ON DEBTOR'S <u>SECOND</u> MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**<br><br>[No hearing required] |

    The debtor has filed a motion for extension of time to file required documents (dkt. 12, the "Extension Motion"). The extended deadline was June 27, 2018 (*see* Order, dkt. 9).

    This Bankruptcy Court has reviewed the Extension Motion, and finds and concludes as follows. First, any extension requires a showing of sufficient cause. Second, a maximum extension generally is two weeks, because that provides a total of approximately one month to file the case commencement documents, which is generally plenty of time, and cases that are filed but not diligently prosecuted are not a proper use of the bankruptcy system. Third, it is important for parties in interest to have key documents available to them before the meeting of creditors (11 U.S.C. § 341(a)), which is scheduled for July 6, 2018. Taking into consideration the foregoing and the matters set forth in the Extension Motion, it is hereby ORDERED:

1. The Extension Motion is granted as follows: the debtor must file all required documents no later than **June 29, 2018** (the required documents are listed in notice(s) from this Bankruptcy Court that have been mailed to the debtor and are available on the docket).

###

Date: June 28, 2018

Neil W. Bason
United States Bankruptcy Judge